UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. ESTELLA M. ARCHULETA            Docket Number: 05-07020-OES-01

**Petition on Probation**

COMES NOW, Jennifer Nuanes, probation officer of the court, presenting an official report upon the conduct and attitude of Estella M. Archuleta who was placed on supervision by the Honorable O. Edward Schlatter, Magistrate Judge, sitting in the court at Denver, Colorado, on the 8th day of July, 2005, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and treatment for drug and alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. The defendant will be required to pay the cost of treatment as directed by the probation officer.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

3. The defendant shall perform 48 hours of community service as directed by the probation officer.

4. The defendant shall reside in a community corrections center for a period of 6 months to commence on as directed by the probation officer, and shall observe the rules of that facility.

5. The defendant shall ingest monitored antabuse if not medically contraindicated.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has complied with the rules and regulations of probation and is no longer in need of supervision.

PRAYING THAT THE COURT WILL ORDER ORDER (1) that the probation officer be authorized to serve this petition on the United States; (2) that the United States respond in writing within fifteen days of the date of service, indicating whether it has any objection to the termination of supervised release; and (3) that, if the United States does not file a timely objection, the defendant be discharged from supervised release and the proceedings in the case be terminated.

ORDER OF THE COURT

Considered and ordered this 11TH day of June, 2007, and ordered filed and made a part of the record in the above case.

O Edward Schlatter
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

I declare under penalty of perjury that the foregoing is true and correct.

s/Jennifer Nuanes
Jennifer Nuanes
Senior U.S. Probation Officer

Place: Denver, Colorado

Date: June 4, 2007