IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

JUL -2 2007

GREGORY C. LANGHAM
CLERK

Criminal Action No. 05-07020-OES-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ESTELLA M. ARCHULETA,

    Defendant.

---

### ORDER TERMINATING PROBATION
### PRIOR TO ORIGINAL EXPIRATION DATE
( Docket No. 24 )

---

On June 4, 2007, the probation officer submitted a petition for early termination of probation in this case. On June 11, 2007, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on June 11, 2007, and the United States has not objected to the proposed relief. Accordingly, it is

ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 26TH day of June, 2007.

BY THE COURT:

_____
Michael J. Watanabe
United States Magistrate Judge